# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

June 24, 2019

David J. Bradley, Clerk of Cour

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Wayne Mearis | ) Case No. **4:19mj1149** |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 2010 through September 2017 in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1591(a) | Sex Trafficking |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

David Nieto, TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/24/19

*Judge's signature*

City and state: Houston, Texas

U.S. Magistrate Judge Dena Hanovice Palermo
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David Nieto, being duly sworn, depose and state:

I am employed as a Licensed Texas Peace Officer with the Houston Police Department in the capacity of a Senior Police Officer. I have been a Peace Officer for approximately 28 years. I possess a Masters Peace Officer Certification under the Texas Commission on Law Enforcement Standards and Education. I am currently assigned as a Task Force Officer on the Houston FBI Child Exploitation Task Force (HCETF) that is tasked to investigate crimes involving sex trafficking of children. I have received numerous hours of training and education regarding the offenders of prostitution related offense and have worked side by side with similarly trained Peace Officers and Federal Agencies during this time. I have been a Task Force Officer on the Houston Child Exploitation Task Force for approximately 12 years. I have investigated hundreds of cases involving human trafficking, including sex trafficking of children, and sex trafficking of adults. I have had specialized training in investigations of child sexual abuse, Domestic Sex Trafficking, computer evidence handling and other police matters. Some of those courses included Conferences on Human Trafficking, Interviewing and interrogation, Juvenile Forensic Interviewing and Investigating, and Investigation of sex crimes.

1. Sex trafficking as defined in 18 U.S.C. § 1591 (a), is:

**(a)** Whoever knowingly—
**(1)** in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, or maintains by any means a person; or

**(2)** benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1),

knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion described in subsection (e)(2), or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the

1

age of 18 years and will be caused to engage in a commercial sex act, shall be punished as provided in subsection (b).

2. This Affidavit is made in support of a criminal complaint charging David MEARIS with violating 18 U.S.C. § 1591(a), which makes it a crime to traffic children for the purpose of commercial sex.

3. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and records and evidence provided to me by the Texas Office of the Attorney General, and the Bellaire Police Department.

4. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, I have set forth only those facts that I believe are necessary to establish probable cause that evidence of an ongoing violation of 18 U.S.C. § 1591(a) has been committed by David Wayne MEARIS, B/M, DOB 7/1/75, on or between July 21, 2010 through September 14, 2017. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

5. On February 28, 2018, I, Officer David Nieto, received an assignment from my supervisor, John Wall, Police Sergeant with the Houston Police Department Vice Division, to conducted a follow up investigation on the Defendant David Wayne MEARIS, who was currently in the Harris County Jail for an incident involving Kidnapping and Trafficking a Child. I requested and obtained the police report for that incident (Inc# 170914-1299) from the arresting agency, Bellaire Police Department, and obtained the following details from the report. On September 14, 2017, Mearis and a female named Tiffany Danique GRAY B/F DOB 10/23/92 (AKA Tiffany Collins) were both arrested in in Bellaire, Texas, after a 15 year old female, hereafter referred to as

MV1, managed to escape from them and contact 911 for help. MV1 stated she had been contacted online by GRAY and on 8/16/17 she was picked up by MEARIS and GRAY who brought to their apartment in Orange, Texas where MEARIS threatened, physically and sexually abused MV1, and held her against her will. MV1 said MEARIS would beat and choke her. MV1 said MEARIS would give her pills she believed to be Xanex, before sexually abusing her.

6. MV1 said MEARIS took her to a residence to have sex with a Mexican male (penetrating her vagina with his penis) and the Mexican male gave MEARIS an unknown amount of money. MV1 said MEARIS told her he has killed people before and told her he was a Blood gang member from California. MV1 said MEARIS told her he had a 14 year old girl before and threatened to kill her and told her he could not let her go.

7. I reviewed Houston Police report #1308873-16 and obtained the following details from that report. Officer Flowers with the Houston Police Department received a report from the Harris County Sheriff's Office regarding a sexual assault of a 14 year old female, hereafter referred to as MV2, by MEARIS which occurred on July 8, 2016, at 301 Benmar Drive #188, Houston, Texas. Sergeant Lance Wright of the Texas Attorney General's Office contacted the Harris County Sheriff's Office after he received a report alleging MEARIS had sexually assaulted MV2 multiple times in Houston, Texas. MV2 was a runaway at the time. The mother of a MV2 stated that she has spoken with her daughter, MV2, who told her she met MEARIS on a chat line called "mocospace". MV2 said MEARIS told her he had a girlfriend that needed a someone to help her with her one month old baby. MV2 said once she was in MEARIS' apartment, he would not let her leave and threatened her with a gun. MV2 said MEARIS had her eat peanut butter

3

sandwiches to gain weight, as she was extremely skinny, so she could make money engaging in commercial sex. MV2 said MEARIS' girlfriend would go out to prostitute all day. According to the report MEARIS' girlfriend asked MV2 if she wanted to make money but MV2 left before she would be caused to engage in any commercial sex.

8. On June 27, 2018 I, along with FBI Special Agents Theo Williams and Donnita Gordon, I interviewed Tiffany Danique GRAY (AKA Tiffany Collins), at the Harris County Jail. GRAY stated she first met MEARIS in 2009 in Orange, Texas when he was 35 and she was 15 years old. GRAY said MEARIS told her that they knew him in California for pimping so he came to Orange, Texas. She said MEARIS knew she was 15 and still had sex with her. GRAY said MEARIS had a 28 year old girlfriend with him named Tresean Gray. She said MEARIS brought her and Tresean to Houston to pimp them. GRAY said MEARIS would put her on Backpage and take her to the Track to make money. GRAY said MEARIS once tied her legs to her arms and put a sock in her mouth. MEARIS then tied a shirt over the sock, and beat her. He then put a pillow over her head and cocked a gun and told her "Bitch I'll kill you". GRAY said she has been beaten her whole life by MEARIS. She said MEARIS beat her about once a week. She said he would punch her with closed fists and give her black eyes. GRAY said she said also witnessed MEARIS beating his girlfriend Tresean.

9. GRAY said her and Tresean worked for MEARIS in Houston in 2009 and 2010. GRAY said MEARIS gave her rules like, she could not mess with black men because he said they were crazy and if she had sex with them, they would try to take their money back. She said MEARIS would get mad if she didn't make any money. GRAY said she did not know anything about prostitution before meeting MEARIS. She said MEARIS rode

4

around with her on Bissonnet and taught her everything. GRAY said Tresean eventually left MEARIS.

10. GRAY said during the years she was with MEARIS, he wanted her to recruit girls for him. GRAY said she remembers recruiting five or six girls for MEARIS. GRAY said MEARIS had sex with her about once a week and also had sex with all the other girls. GRAY said she has a son from MEARIS.

11. I found the following police reports corroborating GRAY's statement:

7/21/2010 HPD ORI 1049896-10 GRAY and Tresean arrested in Houston for Prostitution,

10/27-2010 HPD ORI 1524460-10 GRAY arrested in Houston for Prostitution,

12/14/2011 HPD ORI 1609637-11 GRAY arrested in Houston for Prostitution,

1/23/2013 HPD ORI 92203-13 MEARIS Failure to ID with GRAY listed in report,

10/9/2015 HPD ORI 1306648-15 MEARIS Charged with Compelling Prost with GRAY,

10/13/16 HPD ORI 1308873-16 MEARIS Charged with Agg Sex Assault of 14 year old,

12/12/16 HPD ORI 1575082-16 GRAY arrested in Houston for Prostitution, and

09/14/2017 BPD ORI 170914-1299 MEARIS and GRAY arrested for Sex Trafficking.

12. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging David MEARIS with a violations of 18 U.S.C. §1591(a) - Sex trafficking of GRAY and MV2.

David Nieto
Police Officer, Houston Police Department

Subscribed and sworn before me this 24th of June 2019, and I find probable cause.

United States Magistrate Judge

6