| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America | Houston Division |
| v. | Criminal No. H-19-524 |
| David Mearis | **EXHIBIT LIST** |
| Exhibit List of United States of America | AUSA: Sherri Zack & Sebastian Edwards |
| Judge: Kenneth M. Hoyt | Case Manager: Cynthia Horace    Reporter: |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 1 | Birth Certificate of (Jane Doe #1) | | | ✓ | |
| 2 | Birth Certificate of (Jane Doe #2) | | | ✓ | |
| 4 | Birth Certificate of (Jane Doe #4) | | | ✓ | |
| 5 | Birth Certificate of (Jane Doe #5) | | | ✓ | |
| 6 | Photo of Jane Doe #1 | | | ✓ | |
| 7 | Photo of Tattoo – Jane Doe #1 | | | ✓ | |
| 8 | Photo of Jane Doe #2 | | | ✓ | |
| 10 | Photo of Jane Doe #4 | | | ✓ | |
| 11 | Photo of Jane Doe #5 | | | ✓ | |
| 12 | Photo of Jane Doe #1 (Texas_2015 7_9_1436477196000_3_0) | | | ✓ | |
| 13 | Photo of Jane Doe #1 (Texas_2015 7_9_1436477196000_3_1) | | | ✓ | |
| 14 | Photo of Jane Doe #1 (Texas_2015 7_9_1436477196000_3_2) | | | ✓ | |
| 16 | Blackwood Bail Bonds Agreement (Defendant & Jane Doe #1) | | | ✓ | |

| | | | | | |
|---|---|---|---|---|---|
| 17 | OK Bail Bonds Agreement (Defendant & Jane Doe #1) | | | ✓ | |
| 21a | Screen Shot 2016-08-16 at 9.14.16 | | | ✓ | |
| 21b | Screen Shot 2016-08-16 at 9.14.22 | | | ✓ | |
| 21c | Screen Shot 2016-08-16 at 9.15.21 (Moco Chat with Defendant) | | | ✓ | |
| 21d | Screen Shot 2016-08-16 at 9.17.00 (Moco Chat with Defendant) | | | ✓ | |
| 21e | Screen Shot 2016-08-16 at 9.17.37 (Moco Chat with Defendant & Photo of Defendant & White Wagon) | | | ✓ | |
| 21f | Screen Shot 2016-08-16 at 9.21.20 ( Moco Chat with Defendant & Defendant Moco Profile Page w/ White Wagon) | | | ✓ | |
| 21g | Screen Shot 2016-08-16 at 9.21.48 (Moco Chat with Defendant & Photo of White Wagon Hood Ornament) | | | ✓ | |
| 21h | Screen Shot 2016-08-16 at 9.22.07 (Moco Chat with Defendant & Photo of White Wagon in Apt Parking Lot) | | | ✓ | |
| 21i | Screen Shot 2016-08-16 at 9.22.29 (Moco Chat with Defendant & Photo of Defendant & Black Cadillac in Apt Parking Lot) | | | ✓ | |
| 21j | Screen Shot 2016-08-16 at 9.23.16 (Black Cadillac in Parking Lot) | | | ✓ | |
| 21k | Screen Shot 2016-08-16 at 9.23.34 (Black Cadillac in Parking Lot) | | | ✓ | |

| | | | | | |
|---|---|---|---|---|---|
| 21l | Screen Shot 2016-08-16 at 9.23.49 (Defendant with Tongue Out) | | | ✓ | |
| 21m | Screen Shot 2016-08-16 at 9.24.01 (Defendant Squatting By Black Cadillac) | | | ✓ | |
| 21n | Screen Shot 2016-08-16 at 9.24.43 (Defendant, Tilda, and Unknown Female) | | | ✓ | |
| 21o | Screen Shot 2016-08-16 at 9.25.23 (Defendant Holding Himself) | | | ✓ | |
| 21p | Screen Shot 2016-08-16 at 9.26.28 (Defendant & UM Holding Liquor) | | | ✓ | |
| 21q | Screen Shot 2016-08-16 at 9.28.47 (JD#2 Moco Chats with Latilda | | | ✓ | |
| 21r | Screen Shot 2016-08-16 at 9.30.02 (JD #2 Moco Chats with Latilda) | | | ✓ | |
| 21s | Screen Shot 2016-08-16 at 9.34.30 | | | ✓ | |
| 21t | Screen Shot 2016-08-16 at 9.44.26 (Photo of Defendant & Baby) | | | ✓ | |
| 21u | Screen Shot 2016-08-16 at 9.54.58 | | | ✓ | |
| 21v | Screen Shot 2016-08-16 at 10.11.18 (Photo of Apartment) | | | ✓ | |
| 21w | Screen Shot 2016-08-16 at 10.13.39 (Photo of Rockridge Place Apts) | | | ✓ | |

| | | | | |
|---|---|---|---|---|
| 21x | Screen Shot 2016-08-16 at 10.17.01 (Aerial Photo of Benmar Dr.) | | ✓ | |
| 22 | MocoSpace Records – David Mearis | | ✓ | |
| 22a | Mearis MocoSpace Chats With Jane Doe #2 | | ✓ | |
| 23 | MocoSpace Records – Jane Doe #1 | | ✓ | |
| 24 | MocoSpace Records – Jane Doe #2 | | ✓ | |
| 27 | Black LG MOD #LGMS345 Phone -- 7701 (David Mearis) | | ✓ | |
| 27a | David Mearis Texts with Jane Doe #5 | | ✓ | |
| 27b | David Mearis Texts with Jane Doe #1 | | ✓ | |
| 27c, 1 | David Mearis Web History (Sept 25-26, 2015) | | ✓ | |
| 27c, 2 | David Mearis Web History (Oct 9, 2015) | | ✓ | |
| 28 | Black LG MOD# LG-D321 Phone 7702 (Jane Doe #5) | | ✓ | |
| 28a | Extracted Contents of Phone | | ✓ | |

| | | | | |
|---|---|---|---|---|
| 29 | Black Alcatel One Touch MOD 4037N Phone –7703 (Jane Doe #5) | | | ✓ | |
| 29a | Extracted Contents of Phone | | | ✓ | |
| 30 | Black Coolpad Phone MOD #3300A -- 7704 (Jane Doe #1) | | | ✓ | |
| 31 | LG Metro PCS MOD #LGM5323 Phone -- 7705 (Jane Doe #1) | | | ✓ | |
| 31a | Jane Doe #1 Web History (All) | | | ✓ | |
| 31b | Jane Doe #1 Web History (Aug 5, 2015) | | | ✓ | |
| 31c | Jane Doe #1 Texts to David Mearis | | | ✓ | |
| 38 | Video of HPD 1306648-15 (LE Sting) (Jane Doe #5) | | | ✓ | |
| 38a | Audio of HPD 1306648-15 (LE Sting) (Jane Doe #5) | | | ✓ | |
| 39 | Backpage Ad Post ID: 27728863 (Jane Doe #5) | | | ✓ | |
| 41 | Jane Doe #1 & Jane Doe #5 Backpage Ads | | | ✓ | |
| 42 | Jane Doe #1 & Jane Doe #5 Backpage Ads | | | ✓ | |

| | | | | | |
|---|---|---|---|---|---|
| 43 | Jane Doe #1 – Supplemental Security Income Paperwork | | | ✔ | |
| | | | | ✔ | |
| | | | | ✔ | |
| | | | | ✔ | |
| | | | | ✔ | |
| | | | | ✔ | |
| | | | | ✔ | |
| | | | | ✔ | |
| | | | | ✔ | |
| | | | | ✔ | |
| | | | | ✔ | |
| | | | | ✔ | |