UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:19-CR-0524-1 |
| | § | |
| DAVID WAYNE MEARIS | § | |

## VERDICT FORM

**ON COUNT ONE:**

We, the jury find the defendant, David Mearis

__✓__ Guilty _____ Not Guilty

We further (check all that apply)

__✓__ at the time of the offense, the victim had attained the age of 14 years but had not attained the age of 18 years.

__✓__ the defendant used, force, threats of force or coercion to carry out the offense.

**ON COUNT TWO:**

We, the jury find the defendant, David Mearis

__✓__ Guilty _____ Not Guilty

**ON COUNT THREE:**

We, the jury find the defendant, David Mearis

__✓__ Guilty _____ Not Guilty

We further (check all that apply)

__✓__ at the time of the offense, the victim had attained the age of 14 years but had not attained the age of 18 years.

__✓__ the defendant used, force, threats of force or coercion to carry out the offense.

**ON COUNT FOUR:**

We, the jury find the defendant, David Mearis

____✓____ Guilty _____ Not Guilty

**ON COUNT FIVE:**

We, the jury find the defendant, David Mearis

____✓____ Guilty _____ Not Guilty

 _____
 FOREMAN OF THE JURY

Signed on this ____18th____ day of October, 2019.